UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | ED CV 16-00339-AB (DTBx) | Date: | March 18, 2016 |

Title   *Quinshawnda Smith v. Aitima Medical Equipment, Inc.*

Present: The Honorable   ANDRÉ BIROTTE JR.

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] Order to Show Cause Why the Court Should Not Dismiss this Action for Lack of Subject Matter Jurisdiction

The Court has reviewed Plaintiff's Complaint.  (Dkt. No. 1.)   The Complaint's jurisdictional allegations are not sufficient to show that the claims of the proposed class exceed $5,000,000 in value, and that the proposed class will exceed 100 members, as required by 28 U.S.C. § 1332(d)(2).   Plaintiff is **ORDERED** to show cause why the Court should not dismiss this action for lack of subject matter jurisdiction.

Plaintiff must respond to this OSC no later than Monday, March 28, 2016.   The Response must allege facts sufficient to demonstrate subject matter jurisdiction, and must explain the basis of jurisdiction.   Should Plaintiff fail to file an adequate response by the deadline, the Court may, without further notice, dismiss this action without prejudice for lack of subject matter jurisdiction.

   **IT IS SO ORDERED.**