**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  scott@bursor.com
         ltfisher@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINSHAWNDA SMITH, on Behalf of Herself and all Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>AITIMA MEDICAL EQUIPMENT, INC.,<br><br>　　　　　　　　Defendant. | Case No.  5:16-cv-00339-AB-DTB<br><br>**[PROPOSED] ORDER REGARDING MOTION FOR CLASS CERTIFICATION DEADLINE**<br><br>Hon. André Birotte, Jr. |

1 | The Court, having reviewed the Stipulation Regarding Motion for Class
2 | Certification Deadline, and good cause appearing, hereby ORDERS as follows:
3 | 1.   The motion for class certification shall be filed on or before the date the court
4 | adopts for the non-expert discovery cut-off date.
5 |
6 | IT IS SO ORDERED.
7 |
8 |
9 | Dated: July 20, 2016                    _____
10 |                                         Hon. André Birotte Jr.
                                            United States District Court Judge

[PROPOSED] ORDER REGARDING MOTION FOR CLASS
CERTIFICATION DEADLINE
CASE NO. 5:16-CV-00339-AB-DTB

1